PD-0814-15
PD-0818-15

IN THE COURT

OF

CRIMINAL APPEALS

AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

ANDRES RAMON JUAREZ

V.

THE STATE OF TEXAS

FROM APPEAL NO. 04-14-00370CRand 04-14-00372-CR

TRIAL CAUSE NO. 2013-CR-0937B and 2013-CR-0936B

BEXAR, COUNTY

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, ANDRES R. JUAREZ, Petitioner, and files this motion for an extension of ninety (90) days in which to file a petition for Discretionary Review. In support of this motion, appellant shows the court the following:

I.

The Petitioner was convicted in the 175th DISTRICT COURT OF BEXAR COUNTY, TEXAS of the offenses of Aggravated Robbery in cause NO. 04-14-00370-CR and 04-14-00372-CR, Trial No. 2013-CR-0937B

and 2013-CR-0936 B, Styled State of Texas vs. Andres Ramon Juarez. The Petitioner appealed to the Court of appeals, 4th Court. The case was affirmed on JUNE 10th, 2015.

II.

The present deadline for filing the Petition for Discretionary Review is JULY 10th 2015. The Petitioner has not requested any extension prior to this request.

III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of Appeals in affirming his case until JUNE 15th 2015. Since that time Petitioner has been attemping to gain legal representation, if not will proceed PRO-SE in this matter. His attorney on the appeal, Richard B. Dulany, has informed Petitioner that he will not represent him on the Petition for Discretionary Review. This is also appellants first time gathering legal facts together.

WHEREFORE, Petitioner prays this court grant this motion and extend the deadline for filing the Petition for Discretionary Review in case No. 04-14-00370-CR and 04-14-00372-CR to September 10th 2015.

#1928551
ANDRES R. JUAREZ ; PETITIONER, PRO-SE
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
GARZA EAST UNIT, 4304 HWY 202
BEEVILLE, TX 78102

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing first motion for Extension of Time to file a Petition for Discretionary Review, has been forwarded by U.S. mail, postage pre-paid, first class to the attorney for State Lisa C. McMinn P.O. Box 13046 Austin, Tx 78211 and to Clerk of Criminal appeals Abel Acosta at P.O. Box 12308, Austin, Tx 78711. on this the ____28th____ day of _____JUNE_____, 2015.

ANDRES R. JUAREZ #1928551

PETITIONER PRO-SE

I, ANDRES R. JUAREZ, TDCT# 1928551, being presently incarcerated in the GARZA EAST UNIT of the Texas Department of Criminal Justice in BEE County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the ___28th___ day of ____JUNE____, 2015.

ANDRES R. JUAREZ #1928551

GARZA EAST UNIT

4304 HWY 202

Beeville, Tx 78102